CHARLES D. MAY, ESQ. (Bar No. 129663)
STEPHANIE FORMAN, ESQ. (Bar No. 195757)
GENE B. SHARAGA, ESQ. (Bar No. 131661)
**THARPE & HOWELL**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221
Telephone: (818) 205-9955
Facsimile: (818) 205-9944
E-Mail: cmay@tharpe-howell.com
E-Mail: sforman@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HIW, INC., erroneously sued herein as
LOWES

FILED
OCT 26 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD

| | |
|---|---|
| WILLIE WALLACE, <br> Plaintiff, <br> v. <br> LOWES; and DOES 1 through 50, <br> Defendants. | CASE NO.: 1:07-CV-01154-AWI-NEW (WMW) <br><br> (Kern County Superior Court Case No. S-1500-CV 261112 SPC) <br><br> [~~PROPOSED~~] REMAND ORDER |

## I. BACKGROUND

On or about June 21, 2007, Plaintiff WILLIE WALLACE ("Plaintiff"), a California citizen, commenced the above-entitled civil action in the Superior Court for the County of Kern by filing a Complaint therein originally entitled <u>WILLIE WALLACE v. LOWES and DOES 1 TO 50</u>, Case No. S-1500-CV-261112, against Defendant LOWE'S HIW, INC. ("Defendant"), a Washington corporation.

Plaintiff's complaint arises out of allegations that Defendant negligently maintained the premises of its Bakersfield, California, store location while Plaintiff was visiting the store as an invitee. Specifically, Plaintiff, alleges that he suffered serious physical injury when a Lowes employee, driving a forklift in the

- 1 -

next checkout aisle, rammed into the cart being unloaded by the Plaintiff was knocked into the Plaintiff's right side, forcing Plaintiff into the checkout stand where he was standing. As a result of this alleged incident, Plaintiff states that he is seeking general compensatory damages, damages for past and future medical expenditures, lost wages and loss of earning capacity.

Because California courts prohibit the inclusion of *ad damnun* clauses in complaints for personal injuries, plaintiff served a Statement of Damages from pursuant to *California Code of Civil Procedure* § 425.11. After plaintiff submitted a Statement of Damages in excess $75,000, defendant removed the matter to federal court pursuant to 28 U.S.C. §§ 1332 and 1441(b).

The parties have now agreed and stipulated to limit any and all recovery of damages in this matter to $75,000 or less, as evidenced by the Stipulation Capping Plaintiff's Damages and Recovery to $75,000, executed by both plaintiff and his counsel. [Exhibit "A"]. Accordingly, the parties seek an order from this Court remanding the case to the Superior Court of California, County of Kern, Case No. S-1500-CV-261112.

## II. ANALYSIS

United States Code, title 28, section 1447(c), provides that "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case *shall be remanded*." (Emphasis added). In light of the parties' stipulation limiting any and all recovery by plaintiff to $75,000 or less, this Court to lacks subject matter jurisdiction and must, therefore, remand the case to state court pursuant to 28 U.S.C. § 1447(c). *See Bruns v. NCUA* 122 F.3d 1251, 1257 (9th Cir. 1997) ("Section 1447(c) is mandatory, not discretionary.")

## CONCLUSION

Because the amount in controversy does not exceed $75,000, this Court lacks subject matter jurisdiction in the present case. Accordingly, the case is

- 2 -
**[PROPOSED] REMAND ORDER**
G:\Data\21642\Pleadings\[Proposed] Remand Order (FEDERAL).wpd

Wallace v. Lowe's HIW, Inc.
Case No. 1:07-CV-01154-AWI-NEW

1. **REMANDED** to the Superior Court of California, County of Kern, Case No. S-1500-CV-261112.

SO ORDERED this 21st day of October, 2007.

_____
United States District Court Judge

Submitted by:
THARPE & HOWELL

By: /s/ Stephanie Forman
CHARLES D. MAY, ESQ.
STEPHANIE FORMAN, ESQ.
Attorneys for Defendant,
LOWE'S HIW, INC.

# EXHIBIT "A"

CHARLES D. MAY, ESQ. (Bar No. 129663)
STEPHANIE FORMAN, ESQ. (Bar No. 195757)
GENE B. SHARAGA, ESQ. (Bar No. 131661)
THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221
Telephone: (818) 205-9955
Facsimile: (818) 205-9944
E-Mail: cmay@tharpe-howell.com
E-Mail: sforman@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HIW, INC., erroneously sued herein as
LOWES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD

| | |
|---|---|
| WILLIE WALLACE, <br><br> Plaintiff, <br><br> v. <br><br> LOWES; and DOES 1 through 50, <br><br> Defendants. | CASE NO.: 1:07-CV-01154-AWI-NEW (WMW) <br><br> (Kern County Superior Court Case No. S-1500-CV 261112 SPC) <br><br> **STIPULATION CAPPING PLAINTIFF'S DAMAGES AND RECOVERY TO $75,000** |

1. Whereas, plaintiff, a resident of California, brought the present action against defendant, a Washington Corporation, in the Superior Court of California, County of Kern; and

2. Whereas, plaintiff claims personal injuries arising out of defendant's alleged negligence; and

3. Whereas, plaintiff acknowledges he has previously submitted a Statement of Damages wherein he claimed damages in excess of $100,000.00; and

4. Whereas, defendant removed this matter to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. §§ 1332 and 1441(b); and

-1-
**STIPULATION CAPPING DAMAGES**

G:\Data\21642\Pleadings\Stipulation Capping Damages (FEDERAL).wpd

Wallace v. Lowe's HIW, Inc.
Case No. 1:07-CV-01154-AWI-NEW

5.   Whereas plaintiff hereby wishes to enter into a Stipulation capping his damages and recovery in this action to $75,000.00.

IT IS HEREBY STIPULATED by the parties and their respective counsel of record, that in consideration for defendant's agreement to stipulate to remand this matter to State Court and other consideration:

1.   Plaintiff hereby agrees and stipulates that his damages, resulting from the incident that occurred on defendant's premises on or about March 25, 2006, that are the subject of the within action, Case No. 1:07-CV-01154-AWI-NEW (WMW) (formerly Kern County Superior Court Case No. S-1500-CV-261112) (hereinafter "the litigation"), are hereby capped at $75,000.00;

2.   Plaintiff hereby agrees and stipulates that if his damages should exceed $75,000.00, he hereby waives the right to claim such damages as a result of the litigation.

3.   Plaintiff hereby agrees and stipulates that his recovery of damages in the litigation, including but not limited to economic damages, non-economic damages, attorneys' fees and costs (if allowable) are hereby capped at $75,000.00.

4.   Plaintiff hereby agrees and stipulates that if his recovery of damages in the litigation should exceed $75,000.00, either by verdict or other means, he hereby waives the right to recover any such damages in excess of $75,000.00.

5.   Plaintiff hereby agrees and stipulates that should any award or judgment be rendered or entered against defendant in excess of $75,000.00, he will execute any necessary documents to reduce such award or judgment to $75,000.00, and will not execute on any award or judgment in excess of $75,000.00.

6.   Plaintiff hereby expressly waives the right to avoid the terms of this stipulation or to modify the stipulation based on newly-discovered or unknown facts.

7.   Plaintiff hereby stipulates that defendant shall maintain its right to remove this matter to Federal Court should plaintiff violate the provisions of this

-2-
**STIPULATION CAPPING DAMAGES**

G:\Data\21642\Pleadings\Stipulation Capping Damages (FEDERAL).wpd

Wallace v. Lowe's HIW, Inc.
Case No. 1:07-CV-01154-AWI-NEW

1  Stipulation, or should circumstances so mandate.
2      IT IS SO STIPULATED AND AGREED:
3  DATED: ~~September~~ October 17, 2007    TRYING TIME LEGAL CENTER, PC
4
5
6  By: _____
    WILLIAM EARL EDWARDS, ESQ.
    Attorney for Plaintiff,
7      WILLIE WALLACE
8
9  DATED: ~~September~~ October 17, 2007    _____
    WILLIE WALLACE
10
11
12  DATED: ~~September~~ October 19, 2007    THARPE & HOWELL
13
14
15  By: _____
    CHARLES D. MAY
    STEPHANIE FORMAN
16      GENE B. SHARAGA
    Attorneys for Defendant
17      LOWE'S HIW, INC.

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 3 -
**STIPULATION CAPPING DAMAGES**
G:\Data\21642\Pleadings\Stipulation Capping Damages (FEDERAL).wpd
Wallace v. Lowe's HIW, Inc.
Case No. 1:07-CV-01154-AWI-NEW

**Wallace v. Lowes HIW, Inc., et al.**
**Case No.**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, California 91403.

3. I served copies of the following documents (specify the exact title of each document served): **PROPOSED] REMAND ORDER**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

> William Earl Edwards Jr.
> **TRYING TIME LEGAL CENTER, PC**
> 428 Chester Ave.
> Bakersfield, CA 93301
> (661) 324-0111
> Fax (661) 3268984

5.  a. ☐ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

- 4 -
**[PROPOSED] REMAND ORDER**

c. ☐ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

f. ☐ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

☐ I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

☒ I declare that I am a member of the bar of this Court.

| October , 2007 | Stephanie Forman | /s/ Stephanie Forman |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | SIGNATURE OF DECLARANT |

G:\Data\21642\Pleadings\[Proposed] Remand Order (FEDERAL).wpd

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 5 -
**[PROPOSED] REMAND ORDER**
G:\Data\21642\Pleadings\[Proposed] Remand Order (FEDERAL).wpd

Wallace v. Lowe's HIW, Inc.
Case No. 1:07-CV-01154-AWI-NEW